IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Warren, Cleotha | Case Number: 07 B 00670 |
|---|---|---|
| | Warren, Marlayna | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2009
Confirmed: March 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,776.00 | |
| Secured: | | 4,485.69 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 952.76 |
| Trustee Fee: | | 337.55 |
| Other Funds: | | 0.00 |
| Totals: | 5,776.00 | 5,776.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | John C Dent Ltd. | Administrative | 3,071.00 | 952.76 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 8,968.78 | 4,485.69 |
| 5. | Select Portfolio Servicing | Secured | 14,296.84 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 7. | Foot & Ankle | Unsecured | 295.12 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 701.06 | 0.00 |
| 9. | Nicor Gas | Unsecured | 299.34 | 0.00 |
| 10. | Ingalls Memorial Hospital | Unsecured | 2,140.55 | 0.00 |
| 11. | Nationwide Insurance Company | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | $ 30,022.69 | $ 5,438.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 186.03 |
| 6.5% | 151.52 |
| | $ 337.55 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Warren, Cleotha | Case Number:  07 B 00670 |
| Warren, Marlayna | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  1/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*